## Michael J. Kennon *against* James Bell.

**A suit disconti-**
**nued, unless it**
**appear from the**
**Record to have**
**been continued**
**by the Court or**
**by operation of**
**the Law.**

JUDGE *Lipscomb* delivered the opinion of the Court.

In this case it is assigned for Error that the suit was dis-
continued.

The writ issued on the 12th day of *February*, 1820, re-
turnable on the 4th Monday of *March* following. On the
7th *March*, 1821, service was acknowledged and plea filed.
No farther proceedings appear to have been had until *Sep-
tember* Term, 1822, when there was a trial and verdict ; but
it does not appear that the defendant then appeared either
by himself or Attorney. It is believed to be the law, that
if a suit is not tried at the trial term, it is discontinued, un-
less continued by the Court or operation of law. If there
should have been a failure of the regular terms of the Court,
or any proceedings, which would necessarily continue the
cause over, an express order for that purpose is not indispen-
sible ; but in all cases the Record should shew something
from which it would be fairly inferred that it was so con-
tinued. In this case the Record shews nothing from which
such an inference can be drawn.

And the judgment must be reversed.